1              UNITED STATES DISTRICT COURT

2              CENTRAL DISTRICT OF CALIFORNIA

3

4

5

6

7
DOROTHY BOOKER,                    )   NO.   CV 07-05342 SS
8                                  )
            Plaintiff,             )
9                                  )   **JUDGMENT**
         v.                        )
10                                 )
MICHAEL J. ASTRUE,                 )
11 Commissioner of the Social      )
Security Administration,           )
12                                 )
            Defendant.             )
13 _____)

14

15
     IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED
16
and that the above-captioned action is dismissed with prejudice.
17

18
DATED: August 7, 2008.
19
                                        /s/
20

21                                      _____
                                        SUZANNE H. SEGAL
22                                      UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28


                              25